IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01285-OES

CAMERON JENNINGS DODSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
MICHAEL NALLEY, Director, Federal Bureau of Prisons, North Central Regional Office, BOP,
MICHAEL JUNK, Correctional Programs Administrator, North Central Regional Office,
H. RIOS, Warden, FCI Florence, CO, and
AUDIE SHERROD, Warden, FCI Englewood, CO,

    Defendants.

## ORDER DISMISSING CASE

This matter is before the Court on the motion for voluntary dismissal that Plaintiff Cameron Jennings Dodson submitted *pro se* and the Court filed on October 17, 2005. In the motion, Mr. Dodson informs the Court that he wants to dismiss voluntarily his complaint.

The Court must construe liberally the October 17, 2005, motion for voluntary dismissal because Mr. Dodson has filed the motion on his own behalf. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the October 17 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without

order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion for voluntary dismissal that Plaintiff Cameron Jennings Dodson submitted *pro se* and the Court filed on October 17, 2005, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 17, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of Oct., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01285-OES

Cameron J. Dodson
Reg. No. 06922-085
FCI-Tucson
S. 8901 Wilmot Rd
Tucson, AZ 85706

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10-27-05__

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk